UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Mitchell,

      Plaintiff(s),

  -against –

Mid-Hudson Discovery Museum et al,

      Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:23-CV-09014 (CS)

<u>Seibel, J.</u>

 It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

 **SO ORDERED**.

Dated: April 4, 2024
  White Plains, New York

             _____
             CATHY SEIBEL, U.S.D.J.